IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| GREGORY W. NICKELS | * | |
| ADC # 120506 | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No.5:03CV00166 SWW |
| | * | |
| LARRY NORRIS, Director, | * | |
| Arkansas Department of Correction, | * | |
| | * | |
| Respondent. | * | |

ORDER

Before the Court is petitioner's motion for reconsideration of orders entered regarding requests for copies and the filing of documents. The motion [docket entry 37] is denied.

DATED this 9th day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE